# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEE MIDDLETON ORIGINAL DOLLS, INC.**,

        Plaintiff,

v.                                                                                 **Case No. 01-C-1291**

**SEYMOUR MANN, INC.,**

        Defendant.

## FINAL ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

On June 1, 2005, this court entered an order awarding plaintiff the sum of $232,459.88 in attorney fees and $25,692.96 in costs. The court also gave plaintiff an opportunity to supplement its petition for attorney fees and costs to cover work devoted to this case subsequent to the conclusion of the trial on July 23, 2004. Plaintiff's initial petition covered work only through trial and it did encompass any time and effort devoted to post judgment motions and preparation of the request for attorney fees and costs.

Plaintiff's counsel has now submitted a supplemental affidavit and billing records from the period of August 1, 2004 to the present. According to the affidavit, plaintiff incurred attorney fees in the amount of $21,137.25, after deducting for work not attributable to this matter, and costs in the amount of $2,250.56. The defendant has responded to the supplemental petition. The defendant

maintains its previously stated objection to any award of fees and costs to the plaintiff, but with respect to specific time entries in the billing records, the defendant declines to comment.

The court has reviewed the plaintiff's supplemental petition and believes that the hours and the various hourly rates listed are reasonable and necessary. The same is true for the costs and disbursements. As such, the court will award plaintiff the amount requested.

Accordingly, the court will award plaintiff the total sum of $253,597.13 in attorney fees and $27,943.52 in costs. The Clerk of Court is directed to amend the judgment to include this award of attorney fees and costs.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2005.

s/AARON E. GOODSTEIN
U.S. MAGISTRATE JUDGE